BENJAMIN B. WAGNER
United States Attorney
NAME OF ATTORNEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED
JAN 10 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA TO SEARCH THE PREMISES AT 1464 ALABAMA STREET, VALLEJO, CALIFORNIA 94590; WHITE NISSAN TRUCK WITH CALIFORNIA LICENSE PLATE 18126H1; WHITE FORD TRUCK WITH CALIFORNIA LICENSE PLATE 7H78033; AND WHITE CHRYSLER SEDAN WITH CALIFORNIA LICENSE PLATE 5VAL079. | CASE NO. 2:14-SW-3 DAD<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The government's request to unseal the Amended Search Warrant and this case is GRANTED.

Dated: January 9, 2014

_____
HON. DALE A. DROZD
U.S. Magistrate Judge